

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00451-CV

IN THE ESTATE OF JORGE GOMEZ-GUZMAN, DECEASED

§ On Appeal from Probate Court No. 1

§ of Tarrant County (2022-PR00035-1)

§ August 15, 2024

§ Memorandum Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

It is further ordered that appellants must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By __/s/Elizabeth Kerr_____
       Justice Elizabeth Kerr